UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY GUERRERO,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. C11-5722 RJB

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge, dated September 22, 2011. Dkt. 3. The Magistrate Judge recommends that Plaintiff's application to proceed *in forma pauperis* be denied. Plaintiff has not filed objections to the Report and Recommendation.

The Court, having reviewed the Report and Recommendation, Plaintiff's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

(1)   The Magistrate Judge's report and recommendation is approved and adopted;

(2)   Plaintiff's application to proceed *in forma pauperis* is **DENIED**;

(3)   Plaintiff shall pay the required filing fee ($350.00) to the Clerk of the Court within 30 days of the date of this Order, otherwise this action will be dismissed; and

(4)   The Clerk is directed to send copies of this Order to Plaintiff and any other party that has appeared in this action.

ORDER - 1

DATED this 11th day of October, 2011.

*Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER - 2